# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ERNEST LOPEZ SANTOS,<br><br>        Petitioner,<br><br>    v.<br><br>MINGA WOFFORD, et al.,<br><br>        Respondents. | Case No. 1:25-cv-00884-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF MOTION TO DISMISS |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 19, 2025, Respondent filed a motion to dismiss along with a certificate of service certifying that on September 19, 2025, a copy of the motion to dismiss was served on Petitioner by mailing it to the Mesa Verde Processing Center. (ECF No. 7 at 10.[1]) On September 22, 2025, the Court received a notice of change of address. Petitioner informs the Court that on September 1, 2025, he was transferred to the California City Immigration Processing Center. (ECF No. 8.)

///
///
///

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

1  Accordingly, the Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's
2  motion to dismiss (ECF No. 7) at Petitioner's new address.

IT IS SO ORDERED.

Dated: **September 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2